**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CASE NO. 3:24CR00036-01 LPR**

**JOEL H. SCOTT** **DEFENDANT**

## ORDER AMENDING JUDGMENT

The Court has been advised that the Judgment and Commitment filed October 20, 2026 (Doc. 29) should be and hereby is modified as follows:

A Special Condition #3 should be added to reflect that:

***Defendant must participate in a mental health treatment program under the guidance and supervision of the probation office. Defendant must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of the treatment, the co-pay requirement will be waived.***

All other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 21st day of October 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE